# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Erik Severinghaus,

Plaintiff(s),

v.

Docusign, Inc.,

Defendant(s).

Case No. 22 C 170
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Case dismissed without prejudice in favor of arbitration, except that the arbitration agreement cannot require the Plaintiff to bear his own attorney's fees if he prevails in the arbitration.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on Defendant's motion to dismiss to compel arbitration.

Date: 3/29/2024

Thomas G. Bruton, Clerk of Court

/s/ Michael Wing, Deputy Clerk